IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GERALD A. DAVIS, AIS #171203, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) CIVIL ACTION NO. 2:19-CV-714-WHA ) |
| WARDEN McCOVERY, | ) ) |
| Respondent. | ) |

**<u>ORDER</u>**

This 28 U.S.C. § 2241 petition for writ of habeas corpus is before the court on the December 19, 2019 Recommendation of the Magistrate Judge (Doc. #18). There being no timely objection to the Recommendation, and after an independent review of the file, it is

ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The 28 U.S.C. § 2241 petition for habeas corpus relief filed herein is DENIED.

3. This case is DISMISSED without prejudice so that the petitioner may exhaust his available state court remedies.

A separate Final Judgment will be entered.

DONE this 15th day of January, 2020.

                                                /s/ W. Harold Albritton
                                  SENIOR UNITED STATES DISTRICT JUDGE